IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Litchfield Financial Corporation )<br>Textron Financial Corporation )<br>Land Finance Company )<br>　　　　*Plaintiffs* )<br>　　v. )<br>Buyers Source Real Estate Group )<br>Buyers Source Valley Group, LLC )<br>Buyers Source Sugarmill, LLC )<br>Buyers Source, Savannah Lakes, LLC )<br>Thomas H. Brewer )<br>Frederick D. Blake )<br>Betty M. Brewer )<br>Susan Gard )<br>Henry Montgomery )<br>Lannie Campbell )<br>Ronald P. Ferguson )<br>Stephen A. Hudgins, Esq. )<br>Stephen A. Hudgins, P.C. )<br>Hudgins & Stallings, P.C. )<br>J. Vance Stallings, Esq. )<br>John C. Lumpkin, Esq. )<br>John C. Lumpkin, P.C. )<br>William Gregory Seigler, Esq. )<br>　　　　*Defendants* )<br>　　　　　　　　　　　　　　　　) | **COMPLAINT**<br><br><br><br><br><br>Civil Action No. 04-30076-KPN |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please enter my appearance as attorney for the plaintiffs, Litchfield Financial Corporation, Textron Financial Corporation, and Land Finance Company, in the above action.

　　　　　　　　　　　　　　　LITCHFIELD FINANCIAL COMPANY
　　　　　　　　　　　　　　　TEXTRON FINANCIAL CORPORATION AND
　　　　　　　　　　　　　　　LAND FINANCE COMPANY

　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　Jeffrey L. McCormick, Esq., of
　　　　　　　　　　　　　　　Robinson Donovan, P.C.
　　　　　　　　　　　　　　　1500 Main Street, Suite 1600
　　　　　　　　　　　　　　　Springfield, Massachusetts 01115
　　　　　　　　　　　　　　　Phone (413) 732-2301  Fax (413) 785-4658
　　　　　　　　　　　　　　　BBO No. 329740

242566