UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE
2004 JUL 26 A 11: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LITCHFIELD FINANCIAL CORPORATION, TEXTRON FINANCIAL CORPORATION, LAND FINANCE COMPANY, <br> Plaintiffs, <br><br> v. <br><br> BUYERS SOURCE REAL ESTATE GROUP, BUYERS SOURCE VALLEY GROUP, LLC, BUYERS SOURCE SUGARMILL, LLC, BUYERS SOURCE, SAVANNAH LAKES, LLC, THOMAS H. BREWER, FREDERICK D. BLAKE, BETTY M. BREWER, SUSAN GARD, HENRY MONTGOMERY, LANNIE CAMPBELL, RONALD P. FERGUSON, STEPHEN A. HUDGINS, ESQUIRE, STEPHEN A. HUDGINS, PC, HUDGINS & STALLINGS, PC, J. VANCE STALLINGS, ESQUIRE, JOHN C. LUMPKIN, ESQUIRE, JOHN C. LUMPKIN, PC, WILLIAM GREGORY SEIGLER, ESQUIRE, <br> Defendants. | CIVIL ACTION NO. 04-CV-30076 KPN |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    Please enter my appearance as local attorney for the Defendants in the above-entitled action.

                                          DEFENDANTS,
                                          JOHN C. LUMPKIN, ESQUIRE AND
                                          JOHN C. LUMPKIN, P.C.
                                          By their attorneys,

                                          George R. Moore, BBO #656102
                                          DEVINE, MILLIMET & BRANCH, PA
                                          300 Brickstone Square, 9th Floor
                                          P.O. Box 39
                                          Andover, MA 01810
                                          (978) 475-9100

{A0073171.1}

## Certificate Of Service

I hereby certify that a copy of the foregoing has this **23rd** day of **July, 2004** been forwarded by U.S. First Class Mail to Counsel for Plaintiffs, Jeffrey L. McCormick, Esquire, Robinson Donovan, PC, 1500 Main Street, PO Box 15609, Springfield, MA 01115.

_____
George R. Moore, BBO #656102
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA 01810
(978) 475-9100

{A0073171.1}