UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| LITCHFIELD FINANCIAL CORPORATION, TEXTRON FINANCIAL CORPORATION, LAND FINANCE COMPANY,<br>　　Plaintiffs,<br><br>v.<br><br>BUYERS SOURCE REAL ESTATE GROUP, BUYERS SOURCE VALLEY GROUP, LLC, BUYERS SOURCE SUGARMILL, LLC, BUYERS SOURCE, SAVANNAH LAKES, LLC, THOMAS H. BREWER, FREDERICK D. BLAKE, BETTY M. BREWER, SUSAN GARD, HENRY MONTGOMERY, LANNIE CAMPBELL, RONALD P. FERGUSON, STEPHEN A. HUDGINS, ESQUIRE, STEPHEN A. HUDGINS, PC, HUDGINS & STALLINGS, PC, J. VANCE STALLINGS, ESQUIRE, JOHN C. LUMPKIN, ESQUIRE, JOHN C. LUMPKIN, PC, WILLIAM GREGORY SEIGLER, ESQUIRE,<br>　　Defendants. | CIVIL ACTION NO. 04-CV-30076 KPN |

## **STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER**

NOW COME, Defendants, John C. Lumpkin, Esquire, and John C. Lumpkin, P.C., (collectively the "Defendants"), by and through their counsel, Devine, Millimet & Branch, P.A., and hereby stipulate and agree with counsel for the Plaintiffs that the time for Defendants to file an Answer to the Complaint is extended to August 13, 2004.

{A0073164.1}

Dated: July 23, 2004

| Respectfully submitted,<br>JOHN C. LUMPKIN, ESQUIRE, AND<br>JOHN C. LUMPKIN, P.C.<br>By their attorneys,<br><br>*/s/ George R. Moore*<br><br>George R. Moore, BBO #656102<br>DEVINE, MILLIMET & BRANCH, PA<br>300 Brickstone Square, 9th Floor<br>P.O. Box 39<br>Andover, MA 01810<br>Tel: 978-475-9100 | Respectfully submitted,<br>LITCHFIELD FINANCIAL CORPORATION,<br>TEXTRON FINANCIAL CORPORATION,<br>AND LAND FINANCE COMPANY<br>By their attorneys,<br><br>*/s/ Jeffrey L. McCormick*<br><br>Jeffrey L. McCormick, BBO #329740<br>Robinson Donovan, PC<br>1500 Main Street, Suite 1600<br>PO Box 15609<br>Springfield, MA 01115<br>Tel: 413-732-2301 |

{A0073164.1}