IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| LITCHFIELD FINANCIAL CORP., et al., | ) | CASE NO. 04CV30076KPN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUYERS SOURCE REAL ESTATE GROUP, et al., | ) | MOTION OF HENRY MONTGOMERY FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| | ) | |
| Defendants. | ) | |

Now comes defendant Henry Montgomery, by and through counsel, and moves this Honorable Court for an order granting him an extension of time of thirty (30) days until on or before September 9, 2004 to answer, move, plead or otherwise respond to the complaint in the above-captioned case. Mr. Montgomery has just been served with the complaint in this case, resides out of state in Howard, Ohio, and requires additional time to obtain counsel in Massachusetts to assist him in his defense of this case. Accordingly, Mr. Montgomery respectfully requests that the Court extend the time for Mr. Montgomery to respond until September 9, 2004.

Respectfully submitted,

*/s/ Henry Montgomery*
HENRY MONTGOMERY
396 Baldwin Drive
Howard, Ohio  43028-8044

Defendant

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion was served by First Class U.S. Mail this _9_ day of August, 2004 upon counsel for plaintiff, Jeffrey L. McCormick, Robinson Donovan, 1500 Main Street, Suite 1600, Springfield, MA 01115.

_____
HENRY MONTGOMERY