AO 440 (Rev. 5/85) Summons in a Civil Action

SCANNED

# United States District Court

DISTRICT OF  MASSACHUSETTS - WESTERN DIVISION

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
            V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04CV30076KPN

TO: (Name and Address of Defendant)

    Buyers Source Real Estate Group
    705 Mobjack Place
    Newport News, VA  23606

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

Mary Finn Deputy Clerk

DATE  July 21, 2004

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/26/04 -5:15 PM |
| NAME OF SERVER | TITLE |
| Scott S. Moore | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 708 Village Green Pkwy Newport News, VA 23602
  Frederick Blake - Officer

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/04
             Date

Signature of Server:  Scott Moore

Address of Server: 118-B East Broad St. Falls Church, VA 22046

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

SCANNED

# United States District Court

DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
        V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04CV30076KPN

TO: (Name and Address of Defendant)
Buyers Source Sugarmill, LLC
5705 Lee Farm Lane, Suite C
Suffolk, VA 23435

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)
Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK: Mary Finn, Deputy Clerk

DATE: July 21, 2004

440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7/26/04   5:15 PM |
| NAME OF SERVER Scott S Moore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 708 Villagegreen Pkwy Newport News, VA 23602
   Frederick Blake - Officer

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $37.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/04       Scott Moore
             Date          Signature of Server

118-B East Broad St. Falls Church, VA 22046
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS - WESTERN DIVISION__

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
        v.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04CV30076KPN

**TO:** (Name and Address of Defendant)

    Buyers Source, Savannah Lakes, LLC
    5705 Lee Farm Lane, Suite C
    Suffolk, VA  23435

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
**CLERK**

Mary Finn, Deputy Clerk

July 21, 2004
**DATE**

440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 7/26/04  5:15 PM |
| NAME OF SERVER  Scott S Moore | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 708 Village Green Pkwy Newport News, VA 23602
Frederick Blake - Officer

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $37.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/04          Scott Moore
                Date           Signature of Server

118-B East Broad St  Falls Church, VA 22046
Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons In a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
    V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,  Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04CV30076KPN

**TO:** (Name and Address of Defendant)

    Buyers Source Valley Group, LLC
    5705 Lee Farm Lane, Suite C
    Suffolk, VA  23435

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

**CLERK**  Mary Finn, Deputy Clerk

**DATE** July 21, 2004

440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7/26/04   5:15 PM |
| NAME OF SERVER Scott S Moore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 708 Village Green Pkwy Newport News VA 23602
   Frederick Blake - Officer

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $37.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __7/26/04__    __Scott Moore__
              Date              Signature of Server

118-B East Broad St Falls Church, VA 22046
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

SCANNED

# United States District Court

DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
        V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV30076KPN

TO: (Name and Address of Defendant)

    Stephen A. Hudgins, Esq.
    728C Thimble Shoals Boulevard
    Newport News, VA  23661

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**TONY ANASTAS**
CLERK

*Mary Finn, Deputy Clerk*

DATE July 21, 2004

440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/26/04   3:35 PM |
| NAME OF SERVER   Scott S Moore | TITLE   Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 728C Thimble Shoals Blvd Newport News VA 23604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/26/04
            Date

Signature of Server: Scott Moore

Address of Server: 118-B East Broad St, Falls Church, VA 22046

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons In a Civil Action ⓔ

# United States District Court

DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
        V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq., Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV30076KPN

TO: (Name and Address of Defendant)

    Stephen A. Hudgins, P.C.
    728C Thimble Shoals Boulevard
    Newport News, VA  23661

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                            July 21, 2004
**CLERK**                                              DATE

*Mary Finn, Deputy Clerk* (signature)

440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/26/04    3:35 PM |
| NAME OF SERVER | TITLE |
| Scott S Moore | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 728C Thimble Shoals Blvd Newport News, VA 23661
Stephen A Hodgins – Principal

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $37.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/04
            Date

Signature of Server: /s/ Scott Moore

Address of Server: 118-B East Broad St Falls Church, VA 22046

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons In a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
        V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV30076KPN

TO: (Name and Address of Defendant)

    Hudgins & Stallings, P.C.
    728C Thimble Shoals Boulevard
    Newport News, VA  23661

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                        July 21, 2004
CLERK                                                         DATE
Mary Finn - Deputy Clerk

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 7/26/04   3:35 PM |

| NAME OF SERVER | TITLE |
|---|---|
| Scott S Moore | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 728C Thimble Shoals Blvd Newport News, VA 23661
Stephen A Hudgins - Principal

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $37.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/26/04
Date

Signature of Server

118-B East Broad St Falls Church, VA 22046
Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.