AO 440 (Rev. 5/85) Summons In a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS - WESTERN DIVISION__

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
        V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV30076KPN

TO: (Name and Address of Defendant)

    Thomas H. Brewer
    113 Northgate Lane
    Suffolk, VA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                     July 21, 2004
CLERK                                            DATE
Mary Finn, Deputy Clerk

440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 7/24/04   3:50 PM |
| NAME OF SERVER Scott S Moore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 113 Northgate Lane Suffolk, VA - Home address

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/04        *Scott Moore*
              Date              Signature of Server

118-B East Broad St, Falls Church, VA 22046
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF __MASSACHUSETTS - WESTERN DIVISION__

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
        V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,  Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV30076KPN

TO: (Name and Address of Defendant)

    Betty M. Brewer
    113 Northgate Lane
    Suffolk, VA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK _Mary Ann, Deputy Clerk_

DATE _July 21, 2004_

440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 7/24/04  3:50PM |
| NAME OF SERVER Scott S Moore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Thomas Brewer – Husband
113 Northgate Lane, Suffolk, VA – Home address

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $37.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/24/04
Date

Signature of Server: Scott Moore

Address of Server: 118-B East Broad St. Falls Church, VA 22046

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.