# United States District Court

DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
          V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV30076KPN

TO: (Name and Address of Defendant)

John C. Lumpkin, Esq.
John C. Lumpkin, P.C.
119 York Street
Norfolk, VA 23510

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                      June 30, 2004
---                                               ---
CLERK                                             DATE

/s/ Mary Finn
---
BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7-6-04 |
| NAME OF SERVER Tommy Reason | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 621 Newan Rd, Suite 202, Virginia Beach, Va.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-6-04
            Date

Signature of Server

Address of Server
The Marston Agency, Inc.
6387 Center Dr, Suite 13
Norfolk, Va. 23502

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.