# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS – WESTERN DIVISION

Litchfield Financial Corporation, et al
    Plaintiffs

vs.

Case No.: 04CV30076KPN

Buyers Source Real Estate Group,
Ronald P. Ferguson, et al,
    Defendants

## AFFIDAVIT

I, Philip N. Davison, Jr., having been duly authorized to make service of the following document in the above-entitled case, **SUMMONS IN A CIVIL ACTION,** hereby depose and say:

My business address is:    Miller Consulting Group, Inc.
    118-B East Broad Street
    Falls Church, VA 22046
    (703) 241-4911

I am over the age of 18 years, I have no interest in the matter between the above parties in this case, and that on **July 10, 2004, at 6:15 p.m.,** at **6395 Lakeview Drive, Falls Church, VA 22041-1329,** I personally served **Ronald P. Ferguson.**

_____
**PHILIP N. DAVISON, JR.,** Private Process Server


COMMONWEALTH OF VIRGINIA, at large
CITY OF FALLS CHURCH, to wit:

Subscribed and sworn to before me on this day 12th day of July, 2004

_____
PATRICIA T. MOORE, NOTARY PUBLIC
My commission expires on October 31, 2006