# AFFIDAVIT OF SERVICE

## PROCESS SERVICE

Court: United States District Court - Western Division Civil Action No. 04CV30076KPN

RE:   Litchfield Financial Corporation, Textron Financial Corporation, Land Finance Co.
       vs. Buyers Source Real Estate Group et al

Legal Documents served to the following:
**Henry Montgomery**
396 Baldwin Drive
Howard, Ohio 43028-8044

| | |
|---|---|
| Date Served: | 07/20/2004 |
| Time Served: | 7:25 p.m. |
| Type of Service: | Sub Service |
| Name of person served: | Sue Smothers, Residing at same location w/ the Defendant |

Request made by:
**ROBINSON DONOVAN, P.C.**
1500 Main Street, Suite 1600
Springfield, MA 01115-5609

Received legal documents by Tina L. Schroeder of InfoCorp Investigative Services, LLC, 07/14/2004.

I, Tina L. Schroeder, being duly sworn, dispose and say that on the 20th day of July 2004 at 7:25 p.m., served legal documents to Sue Smothers, on behalf of Henry Montgomery at the above location in accordance with state of Ohio statues.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which the service was made.

_____ 7/21/04
Tina L. Schroeder                Date

Subscribed and Sworn to before me on the 21st
day of _July_, 2004
by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NOELLE L. KAUDERER
Notary Public, State of Ohio
My Commission Expires 01-13-2009