# United States District Court

DISTRICT OF __MASSACHUSETTS - WESTERN DIVISION__

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
        V.
Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  04CV30076KPN

TO: (Name and Address of Defendant)

    Frederick D. Blake
    708 Village Green Parkway
    Newport News, VA  23602

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                         June 30, 2004
_____                           _____
CLERK                                                DATE

    /s/ Mary Finn
_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/12/04  5:10 PM |
| NAME OF SERVER Scott S Moore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ~~Express Employment~~ ~~office~~ Frederick Blake
708 Village Green Pkwy   Newport News, VA 23602   ~~5:10~~

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): ____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/12/04        _Scott Moore_
            Date             Signature of Server

118-B East Broad St  Falls Church, VA 22046
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.