AO 440 (Rev. 5/85)  Summons In a Civil Action ⊕

# United States District Court

_____ DISTRICT OF MASSACHUSETTS – WESTERN DIVISION _____

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs
            **V.**

Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04CV30076KPN

**TO:** (Name and Address of Defendant)

    Lannie Campbell
    2113 Partridge Place
    Suffolk, VA  23433-1007

## YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA  01115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

_____
**CLERK**

_____
_Mary Finn_

BY DEPUTY CLERK

_June 30, 2004_

_____
**DATE**

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7/13/04  7:20PM |
|---|---|
| NAME OF SERVER  Scott B Moore | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ___1 Harbor Ct Portsmouth, VA  Apt 3 D___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/13/04___
             *Date*

_Scott Moore_
*Signature of Server*

___118-B East Broad St  Falls Church, VA 22046___
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85)   Summons in a Civil Action ⊕

# United States District Court

DISTRICT OF <u>MASSACHUSETTS - WESTERN DIVISION</u>

Litchfield Financial Corporation,
Textron Financial Corporation,
Land Finance Company,
    Plaintiffs

       **v.**

Buyers Source Real Estate Group, Buyers Source
Valley Group, LLC, Buyers Source Sugarmill, LLC,
Buyers Source, Savannah Lakes, LLC, Thomas H. Brewer,
Frederick D. Blake, Betty M. Brewer, Susan Gard,
Henry Montgomery, Lannie Campbell, Ronald P. Ferguson,
Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C.,
Hudgins & Stallings, P.C., J. Vance Stallings, Esq.,
John C. Lumpkin, Esq., John C. Lumpkin, P.C.,
William Gregory Seigler, Esq.,   Defendants

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:   04CV30076KPN

**TO:** (Name and Address of Defendant)

    Ronald P. Ferguson
    6395 Lakeview Drive
    Falls Church, VA   22041-1329

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Jeffrey L. McCormick, Esq.
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, MA   01115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
_____
CLERK

    Mary Finn

DATE    June 30 2004

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE  7/10/04 |
|---|---|
| NAME OF SERVER  Philip Davison, Jr | TITLE  Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 6593 Lakeview Dr., Falls Church VA 22041

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $75 | TOTAL  $75 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/13/04___      _____
                Date              Signature of Server

_____ 58090 Cossendale Way, Alexandria VA 22310
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.