LANNIE L. CAMPBELL
One Harbor Court, #3D
Portsmouth, VA  23704

August 5, 2004

Litchfield Financial Corporation

v.

Buyers Source, et al
Case Number: 04CV30076KPN

Answer to the above complaint from Lannie L. Campbell, pro se.

I deny all complaints which are against me personally and do not have sufficient knowledge to have an opinion on all other complaints.

Lannie L. Campbell

08/05/04
Date