UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

LITCHFIELD FINANCIAL CORPORATION,
TEXTRON FINANCIAL CORPORATION,
LAND FINANCE COMPANY,
    Plaintiffs,

v.

BUYERS SOURCE REAL ESTATE GROUP,
BUYERS SOURCE VALLEY GROUP, LLC,
BUYERS SOURCE SUGARMILL, LLC,
BUYERS SOURCE, SAVANNAH LAKES,
LLC, THOMAS H. BREWER, FREDERICK
D. BLAKE, BETTY M. BREWER, SUSAN
GARD, HENRY MONTGOMERY, LANNIE
CAMPBELL, RONALD P. FERGUSON,
STEPHEN A. HUDGINS, ESQUIRE,
STEPHEN A. HUDGINS, PC, HUDGINS &
STALLINGS, PC, J. VANCE STALLINGS,
ESQUIRE, JOHN C. LUMPKIN, ESQUIRE,
JOHN C. LUMPKIN, PC, WILLIAM
GREGORY SEIGLER, ESQUIRE,
    Defendants.

CIVIL ACTION NO. 04-CV-30076 KPN

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    Please enter my appearance as local attorney for the Defendants Stephen A. Hudgins, Esquire, Stephen A. Hudgins, P.C., Hudgins & Stallings, P.C., and J. Vance Stallings, Esquire in the above-entitled action.

        DEFENDANTS,
        STEPHEN A. HUDGINS, ESQUIRE,
        STEPHEN A. HUDGINS, P.C.,
        HUDGINS & STALLINGS, P.C.,
        AND J. VANCE STALLINGS, ESQUIRE
        By their attorneys,

        George R. Moore, BBO #656102
        DEVINE, MILLIMET & BRANCH, P.A.

{15739\71169\A0074192.1}

## Certificate Of Service

I hereby certify that a copy of the foregoing has this **13th** day of **August, 2004** been forwarded by U.S. First Class Mail to:

Counsel for Plaintiffs:
Jeffrey L. McCormick, Esquire
Robinson Donovan, PC
1500 Main Street
PO Box 15609
Springfield, MA 01115
Tel: 413-732-2301

Counsel for William Gregory Seigler, Esquire:
Peter M. Durney, Esquire
Cornell & Gollub
75 Federal Street
Boston, MA 02110
Tel: 617-482-8100

George R. Moore, BBO #656102
DEVINE, MILLIMET & BRANCH, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA 01810
(978) 475-9100

{15739\71169\A0074192.1}