C

# AFFIDAVIT OF PROCESS SERVER

### In The Court of Common Pleas of the State of South Carolina, in and for the County of McCormick

William Gregory Seigler
Plaintiff(s)

Case No: 2004-CP-35-25

v

William E. Boyd, et al
Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:**  I served Land Finance Company

with the documents:  Summons and Complaint

Person Served:  Dionne Miles,  Business Agent authorized to accept on behalf of Prentice-Hall Corporation Systems,  as Registered Agent

Service Address: 2711 Centerville Road, Suite 400, Wilmington, DE  19808

Date of Service: June 9, 2004                   Time of Service: 4:11 p.m.

**Manner of Service:**  (X ) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address          ( ) Evading                  ( ) Moved, left no forwarding
( ) Address does not exist        ( ) Service canceled by Litigant    ( ) Unable to serve in a timely fashion
( ) Other

**Service Attempts:** Service was attempted on _____ at _____ , _____ at _____
_____ at _____ , _____ at _____ , _____ at _____ , _____ at _____ .

**Description:** Age: 40's  Sex: F    Race: B    Hgt: 5'6"   Wgt: 135   Hair: Brown    Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

June 10, 2004   at   Wilmington,   Delaware
Date                  City                 State

_____
William Colt, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on June 10, 2004

Witness My Hand and Official Seal To

_____
Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

**STATE OF SOUTH CAROLINA**
**COUNTY      McCORMICK**

**AFFIDAVIT OF SERVICE**
**DOCKET#      04-CP-35-025**

**WILLIAM G. SEIGLER**

**Plaintiff (S)**

**WILLIAM E. BOYD, ET.AL.**

**Defendant (S)**
The undersigned, **Claude O. Gillion, III,**    being duly sworn, says he served the

SUMMONS & COMPLAINT  W/EXH.            Docket#    **04-CP-35-025**

in this action on the person of:        **PRENTICE HALL CORP. AS REG. AGENT**
                                        **FOR TECTRON FINANCIAL CORP.**

( ) **Active Military**                ( )    **Non Active Military**

By delivering same to:  ( ) Served personally _____

( ) _____ , A person of age and
discretion residing at address of person to be served
                                        **AGENT FOR PRENTICE  HALL CORP. AS**
                                        **REGISTERED AGENT FOR**
XXX **ERIN  DALY**              the **TEXTRON FINANCIAL CORP.**
(person served, if corporate or business, at it's place of business)

And leaving with them one copy of same at    **5000 THURMOND MALL**

**COLUMBIA, SOUTH  CAROLINA  29201**              on the **9th**    Day of    **JUNE**

A.D.    20 **04** at    **1:25**    A.M. / **P.M.**  and the deponent knows the person so served to be
the person mentioned and described in the pleadings served, and the deponent is not a
party to, nor interested in the action.

**Claude O. Gillion, III** Process Server
**Gillion's Process Service, Inc.**
**P.O. Box 25292**
**Columbia, South Carolina 29224**

Sworn to before me this
**9th**  Day of _____ **JUNE** _____ A.D. 20 **04**

_____ (L.S.)
NOTARY PUBLIC FOR SOUTH CAROLINA

v Commission Expires October 15, 2008

C

# AFFIDAVIT OF PROCESS SERVER

In The Court of Common Pleas of the State of South Carolina, in and for the County of McCormick

William Gregory Seigler
Plaintiff(s)

v

William E. Boyd, et al
Defendant(s)

Case No: 2004-CP-35-25

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:**  I served Land Finance Company

with the documents:  Summons and Complaint

Person Served:  Dionne Miles,  Business Agent authorized to accept on behalf of Prentice-Hall Corporation Systems,  as Registered Agent

Service Address: 2711 Centerville Road, Suite 400, Wilmington, DE  19808

Date of Service: June 9, 2004                    Time of Service:  4:11 p.m.

**Manner of Service:**  (X ) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address       ( ) Evading               ( ) Moved, left no forwarding
( ) Address does not exist    ( ) Service canceled by Litigant   ( ) Unable to serve in a timely fashion
( ) Other

**Service Attempts:** Service was attempted on _____ at _____ , _____ at _____ ,
_____ at _____ , _____ at _____ , _____ at _____ .

**Description:**  Age: 40's  Sex: F    Race: B    Hgt:  5'6"    Wgt:  135  Hair:  Brown    Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

June 10, 2004   at   Wilmington,   Delaware
Date                 City          State

William Oolt, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on June 10, 2004

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

**STATE OF SOUTH CAROLINA**
**COUNTY   McCORMICK**

**AFFIDAVIT OF SERVICE**
**DOCKET#    04-CP-35-025**

**WILLIAM  G.  SEIGLER**

**Plaintiff (S)**

**WILLIAM  E.  BOYD,  ET.AL.**

**Defendant (S)**

The undersigned, **Claude O. Gillion, III,**    being duly sworn, says he served the

**SUMMONS & COMPLAINT  W/EXH.**    Docket#   **04-CP-35-025**

in this action on the person of:    **PRENTICE HALL CORP. AS REG. AGENT FOR TECTRON FINANCIAL CORP.**

    (  ) **Active  Military**    (  )    **Non Active  Military**

By delivering same to:  (  )  Served personally  _____

    (  ) _____ , A person of age and
        discretion residing at address of person to be served

    **XXX ERIN  DALY**    AGENT FOR PRENTICE  HALL CORP. AS
                REGISTERED  AGENT  FOR
            the  TEXTRON FINANCIAL CORP.
        (person served, if corporate or business, at it's place of business)

And leaving with them one copy of same at    **5000 THURMOND MALL**

**COLUMBIA,  SOUTH  CAROLINA  29201**    on the  **9th**    Day of    **JUNE**

A.D.   20 **04**  at    **1:25**    A.M. / **P.M.**  and the deponent knows the person so served to be
the person mentioned and described in the pleadings served, and the deponent is not a
party to, nor interested in the action.

_____
**Claude O. Gillion, III Process Server**
**Gillion's Process Service, Inc.**
**P.O. Box 25292**
**Columbia, South Carolina 29224**

Sworn to before me this
**9th**  Day of    **JUNE**    A.D. 20  **04**

_____  (L.S.)
NOTARY PUBLIC FOR SOUTH CAROLINA

y Commission Expires October 15, 2008

STATE OF SOUTH CAROLINA )    IN THE COURT OF COMMON PLEAS

COUNTY OF MCCORMICK )    C.A. NO.  2004-CP-35-25

William Gregory Seigler, )
                                          )
              Plaintiff, )
                                          )
v. )                            **AFFIDAVIT OF SERVICE**
                                          )
William E. Boyd, Bill Boyd Realty, Inc., )
Buyer's Source, Savannah, LLC, Textron )
Financial Corporation, Litchfield Financial )
Corporation, Land Finance Company, )
                                          )
              Defendants. )
_____ )

I, Audrey C. Glacken, being duly sworn depose and state as follows:

1.    That I am secretary to Samuel W. Outten, who is counsel for the Plaintiff, William Gregory Seigler, in the above-captioned action; and

2.    That on June 8, 2004, I mailed via Certified Mail, Return Receipt Requested, a copy of the Summons and Complaint in the above-captioned action to Litchfield Financial Corporation, C/O C.T. Corp. System, Registered Agent, 75 Beattie Place, Two Shelter Center, Greenville, South Carolina 29601.

3.    That the signed Return Receipt was returned dated June 15, 2004 (See Exhibit "A").

FURTHER DEPONENT SAYETH NOT.

_Audrey C. Glacken_
Audrey C. Glacken

Subscribed and sworn to before
me this 17th day of June , 2004.

_Myra Culleton_
Notary Public for the State of South Carolina
My Commission Expires: 7/21/2007

STATE OF SOUTH CAROLINA      )      IN THE COURT OF COMMON PLEAS

COUNTY OF MCCORMICK      )      C.A. NO.  2004-CP-35-25

William Gregory Seigler,      )
     )
         Plaintiff,      )
     )
v.      )      **AFFIDAVIT OF SERVICE**
     )
William E. Boyd, Bill Boyd Realty, Inc.,      )
Buyer's Source, Savannah, LLC, Textron      )
Financial Corporation, Litchfield Financial      )
Corporation, Land Finance Company,      )
     )
         Defendants.      )

I, Audrey C. Glacken, being duly sworn depose and state as follows:

1.     That I am secretary to Samuel W. Outten, who is counsel for the Plaintiff, William Gregory Seigler, in the above-captioned action; and

2.     That on June 8, 2004, I mailed via Certified Mail, Return Receipt Requested, a copy of the Summons and Complaint in the above-captioned action to Litchfield Financial Corporation, C/O Corporation Service Company, Registered Agent, 84 State Street, Boston, Massachusettes 07409.

3.     That the signed Return Receipt was returned dated June 15, 2004 (See Exhibit "A").

FURTHER DEPONENT SAYETH NOT.

                                _Audrey C. Glacken_
                                 Audrey C. Glacken

Subscribed and sworn to before
me this 22nd day of June , 2004.

_Megan Culbate_
Notary Public for the State of South Carolina
My Commission Expires: 7/21/2007

# EXHIBIT "A"

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>6/15 |
| 1. Article Addressed to:<br><br>Litchfield Financial<br>Corp.<br>86 State St.<br>Boston MA 07409 | D. Is delivery address different from item 1? ☐ Yes<br>if YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7003 1010 0004 2300 5477 | |

PS Form 3811, August 2001        Domestic Return Receipt        2ACPRI-03-2-4081

GREENVILLE 64666v2