AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

A MOTION TO APPEAR PRO HAC VICE
WAS ALLOWED ON 8/16/04
PLEASE FILE THE ENCLOSED
APPEARANCE WITHIN TEN (10) DAYS.

DISTRICT OF          MASSACHUSETTS

## APPEARANCE

Case Number: 04-30076-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  *William Gregory Seigler*

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/20/04 | *Samuel W. Outten* |
| Date | Signature |
| | Samuel W. Outten          4295 |
| | Print Name          Bar Number |
| | P.O. Box 10208 |
| | Address |
| | Greenville  SC      29603-0208 |
| | City  State  Zip Code |
| | (864) 255-5421  (864) 239-5852 |
| | Phone Number  Fax Number |