THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Litchfield Financial Corporation )<br>Textron Financial Corporation )<br>Land Finance Company )<br>                *Plaintiffs* )<br>                v. )<br>Buyers Source Real Estate Group )<br>Buyers Source Valley Group, LLC )<br>Buyers Source Sugarmill, LLC )<br>Buyers Source, Savannah Lakes, LLC )<br>Thomas H. Brewer )<br>Frederick D. Blake )<br>Betty M. Brewer )<br>Susan Gard )<br>Henry Montgomery )<br>Lannie Campbell )<br>Ronald P. Ferguson )<br>Stephen A. Hudgins, Esq. )<br>Stephen A. Hudgins, P.C. )<br>Hudgins & Stallings, P.C. )<br>J. Vance Stallings, Esq. )<br>John C. Lumpkin, Esq. )<br>John C. Lumpkin, P.C. )<br>William Gregory Seigler, Esq. )<br>              *Defendants* )<br>                                   ) | Civil Action No. 04CV30076KPN |

## STIPULATION EXTENDING TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT WILLIAM GREGORY SEIGLER'S MOTION TO DISMISS OR IN THE ALTERNATIVE A STAY

The plaintiffs in the above matter, by and through their counsel, hereby stipulate and agree with counsel for the defendant William Gregory Seigler that the time for the plaintiffs to file an opposition to the above referenced motion filed by said defendant is extended up to and

361418

including Friday, September 3, 2004.

                                  Respectfully submitted,
                                  Counsel for Plaintiffs

                                  LITCHFIELD FINANCIAL COMPANY
                                  TEXTRON FINANCIAL CORPORATION AND
                                  LAND FINANCE COMPANY

                                  By_____
                                  Jeffrey L. McCormick, Esq., of
                                  Robinson Donovan, P.C.
                                  1500 Main Street, Suite 1600
                                  Springfield, Massachusetts 01115
                                  Phone (413) 732-2301  Fax (413) 785-4658
                                  BBO No. 329740

                                  The Defendant
                                  WILLIAM GREGORY SEIGLER, ESQ.

                                  By_____
                                  David W. McGough, Esq.
                                  Cornell & Gollub
                                  75 Federal Street
                                  Boston, MA  02110
                                  Phone (617) 482-8100
                                  BBO No. 553069

## CERTIFICATE OF SERVICE

     I, Jeffrey L. McCormick, Esq., hereby certify that on this ____ day of August, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Peter M. Durney, Esq., Cornell & Gollub, 75 Federal Street, Boston, MA 02110, George R. Moore, Esq., Devine Millimet, 300 Brickstone Square, P.O. Box 39, Andover, MA 01810, Samuel W. Outten, Esq., P.O. Box 10208, Greenville, SC 29603-0208, Thomas H. Brewer and Betty M. Brewer, 113 Northgate Lane, Suffolk, VA 23434, Lannie Campbell, One Harbor Court, #3D, Portsmouth, VA 23704, Henry Montgomery, 396 Baldwin Drive, Howard, OH 43028-8044, Ronald P. Ferguson, 6395 Lake View Drive, Falls Church, VA 22040, Frederick D. Blake, 705 Mobjack Place, Newport News, VA 23606,

     Subscribed under the penalties of perjury.

                                                          _____
                                                          Jeffrey L. McCormick

375289