IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Litchfield Financial Corporation, <br> Textron Financial Corporation, <br> Land Finance Company <br><br> Plaintiffs, <br><br> v. <br><br> Buyers Source Rreal Estate Group, <br> Buyers Source Valley Group, LLC, <br> Buyers Source Sugarmill, LLC, <br> Buyers Source, Savannah Lakes, LLC, <br> Thomas H. Brewer, Frederick D. Blake, <br> Betty M. Brewer, Susan Gard, Henry <br> Montgomery, Lannie Campbell, Ronald P. <br> Ferguson, Stephen A. Hudgins, Esq., <br> Stephen A. Hudgins, P.C., Hudgins & <br> Stallings, P.C., J. Vance Stallings, Esq., <br> John C. Lumpkin, Esq., John C. Lumpkin, <br> P.C., William Gregory Seigler, Esq., <br><br> Defendants | AFFIDAVIT OF <br> WILLIAM GREGORY SEIGLER |

PERSONALLY APPEARED before me, William Gregory Seigler, who being duly sworn Deposes and states as follows:

1. I am William Gregory Seigler and I reside at 39 Buffalo Creek, McCormick, South Carolina;

2. In connection with the legal work I performed in South Carolina relative to real property in a development called Savannah Lakes in McCormick County, I signed a number of

letters on my professional letterhead addressed to Land Finance Company in Williamstown, MA. Copies of a few such letters were attached to the pending Motion to Dismiss Or In The Alternative To Stay;

3. My best recollection is that a number of such letters were physically deposited for mailing by my office personnel or picked up for delivery at my office;

4. It would not, therefore, be correct to state that I never sent correspondence to the Commonwealth of Massachusetts in connection with the legal work referenced in paragraph 2, above;

5. That factual misstatement as found in the Memorandum In Support of Defendant William Gregory Seigler's Motion To Dismiss was the inadvertent result of a misunderstanding between myself and local counsel in South Carolina, and I know of no revisions which need to be made to my affidavit of August 13, 2004, a copy of which was attached to my Motion to Dismiss Or In The Alternative To Stay.

FURTHER AFFIANT SAYETH NOT:

William Gregory Seigler

SWORN to and subscribed before me this 23rd day of _____, 2004

Notary Public for

My Commission Expires: 10-1-06

-2-