IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| Litchfield Financial Corporation, | ) | |
| Textron Financial Corporation, | ) | |
| Land Finance Company | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | AFFIDAVIT OF |
| v. | ) | WILLIAM GREGORY SEIGLER |
| | ) | |
| Buyers Source Rreal Estate Group, | ) | |
| Buyers Source Valley Group, LLC, | ) | |
| Buyers Source Sugarmill, LLC, | ) | |
| Buyers Source, Savannah Lakes, LLC, | ) | |
| Thomas H. Brewer, Frederick D. Blake, | ) | |
| Betty M. Brewer, Susan Gard, Henry | ) | |
| Montgomery, Lannie Campbell, Ronald P. | ) | |
| Ferguson, Stephen A. Hudgins, Esq., | ) | |
| Stephen A. Hudgins, P.C., Hudgins & | ) | |
| Stallings, P.C., J. Vance Stallings, Esq., | ) | |
| John C. Lumpkin, Esq., John C. Lumpkin, | ) | |
| P.C., William Gregory Seigler, Esq., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

PERSONALLY APPEARED before me, William Gregory Seigler, who being duly sworn Deposes and states as follows:

1.      I am William Gregory Seigler and I reside at 39 Buffalo Creek, McCormick, South Carolina;

2.      In connection with the legal work I performed in South Carolina relative to real property in a development called Savannah Lakes in McCormick County, I signed a number of

letters on my professional letterhead addressed to Land Finance Company in Williamstown, MA. Copies of a few such letters were attached to the pending Motion to Dismiss Or In The Alternative To Stay;

3. My best recollection is that a number of such letters were physically deposited for mailing by my office personnel or picked up for delivery at my office;

4. It would not, therefore, be correct to state that I never sent correspondence to the Commonwealth of Massachusetts in connection with the legal work referenced in paragraph 2, above;

5. That factual misstatement as found in the Memorandum In Support of Defendant William Gregory Seigler's Motion To Dismiss was the inadvertent result of a misunderstanding between myself and local counsel in South Carolina, and I know of no revisions which need to be made to my affidavit of August 13, 2004, a copy of which was attached to my Motion to Dismiss Or In The Alternative To Stay.

FURTHER AFFIANT SAYETH NOT:

William Gregory Seigler

SWORN to and subscribed before me

this 23rd day of _____, 2004

Notary Public for

My Commission Expires: 10-1-06