THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Litchfield Financial Corporation )<br>Textron Financial Corporation )<br>Land Finance Company )<br>)<br>**Plaintiffs** )<br>v. )<br>Buyers Source Real Estate Group, et al )<br>)<br>**Defendants** )<br>_____ ) | Civil Action No. 04CV30076KPN |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT WILLIAM GREGORY SEIGLER'S MOTION TO DISMISS
### ASSENTED TO

The plaintiffs respectfully move this Court, pursuant to Local Rule 7.1 (B)(3), for leave to file Plaintiffs' Surreply to Defendant William Gregory Seigler's Motion to Dismiss. Plaintiffs' counsel has conferred with defendant Seigler's counsel and he has assented to the filing of this motion and to plaintiffs filing the surreply.

In further support of this Motion, the plaintiffs state as follows:

1. Plaintiffs' counsel, the undersigned, was recently contacted by Boston counsel for Mr. Seigler, who requested plaintiffs' assent to a Motion for Leave to File an Amendment to Facts and a Limited Reply to Plaintiffs' Opposition to his Motion to Dismiss.

2. Plaintiffs' counsel stated that his clients would assent to such a motion, with the understanding and agreement from Mr. Seigler's counsel that he would similarly assent to a Motion for Leave to File a Surreply if, upon receipt and review of Mr. Seigler's Motion and proposed Amendment to Facts and Limited Reply, the plaintiffs determined that a response by way of a surreply was necessary. Mr. Seigler's counsel agreed to that request.

3. Upon receipt of Mr. Seigler's Amendment to Facts and Limited Reply to Plaintiffs' Opposition to Defendant William Gregory Seigler's Motion to Dismiss, it was in fact determined by the plaintiffs that a surreply was necessary based upon the assertions set forth in Mr. Seigler's pleading.

378963

4. Mr. Seigler's counsel has kindly assented to this motion.

WHEREFORE, the plaintiffs respectfully move this court pursuant to Local Rule 7.1 (B) (3), for leave to the file the attached Plaintiffs' Surreply to Defendant William Gregory Seigler's Motion to Dismiss.

Respectfully Submitted

Counsel for Plaintiffs
LITCHFIELD FINANCIAL COMPANY
TEXTRON FINANCIAL CORPORATION AND
LAND FINANCE COMPANY

By_____
Jeffrey L. McCormick, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No. 329740

ASSENTED TO
Counsel for Defendant
WILLIAM GREGORY SEIGLER

By_____
Peter M. Durney, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110
Phone (617) 482-8100  Fax (617) 482-3917
BBO No. 139260

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 10/12/04 _____

378963