AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS

LITCHFIELD FINANCIAL CORP., et al.

**NOTICE**

V.

BUYERS SOURCE REAL ESTATE, et al.          CASE NUMBER:   04-30076-KPN

TYPE OF CASE:

☒ CIVIL          CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | November 8, 2004, at 2:00 p.m. |

TYPE OF PROCEEDING

HEARING ON ALL PENDING MOTIONS

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

October 18, 2004                           /s/ *Bethaney A. Healy*
DATE                                        (BY) DEPUTY CLERK

TO:   ALL PRO SE PARTIES AND COUNSEL OF RECORD