# RONALD P. FERGUSON

October 27, 2004

William Ruane
U. S. Magistrate Judge
Bethaney A. Healy
Deputy Clerk
United States District Court
1550 Main Street
Springfield, Massachusetts 01103

> Re: Case Number: 04-30076-KPN
> Litchfield Financial Corp, et al. V
> Buyers Source Real Estate, et al.

Your Honor & Deputy Clerk:

Yesterday, I received a notice of a proceeding "hearing on all pending motions" to be held on November 8, 2004 in Courtroom 3. Unfortunately, I have previous commitments on that date, i.e. air travel that was booked several weeks ago and can only be rescheduled by forfeiting the cost of the tickets and cannot attend. I have reviewed the motions that have previously been sent to me and presume these to be the agenda for this hearing. I believe that I am not a party to any of these motions.

However, I humbly request that this court protect me against any action that would by default or other action harm me in my absence.

Thank you for your attention.

Sincerely yours,

*[signature]*

6341 CROSSWOODS DRIVE, FALLS CHURCH, VIRGINIA 22044
PHONE: 703.354.4633 • FAX: 703.354.6018
EMAIL: RPFSN@ATT.NET