Thomas H. Brewer
113 Northgate Lane
Suffolk, Virginia 23434

---

SENT VIA FEDERAL EXPRESS

November 1, 2004

Magistrate Judge Kenneth P. Neirman
United States District Court
Western Division
1550 Main Street
Springfield, MA 01103

RE: **Litchfield Financial Corporation, Textron Financial Corporation, Land Finance Company v. Buyers Source Real Estate Group, et al**
**Case Number: 04-CV-30076-KPN**

Dear Judge Neirman:

Pursuant to the Notice for a Hearing On All Pending Motions scheduled for November 8, 2004, at 2:00 p.m., in the above civil action, I respectfully ask to take part in this hearing through telephone communication.

I am presently unemployed and have been unemployed since May of 2002. My wife, Betty M. Brewer, and I are pro se parties to the above action and it would be a financial hardship for us to appear in Massachusetts for the hearing.

I also believe there are a number of pending motions that have been filed with this Court in which I have not received any service. The only pending motions in which I have been served have come from the Attorneys' for the Plaintiff and Defendant William Gregory Seigler.

I do not have any knowledge of other pending motions. I thank you for your consideration in this matter.

Respectfully requested,

*[signature]*

Thomas H. Brewer