AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Litchfield Financial Corp., et al.,

**APPEARANCE**

Plaintiffs,

v.

Case Number: 04-CV-30076-KPN

Buyers Source Real Estate Group, et al.,

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs Litchfield Financial Corp., Land Finance Company, and Textron Financial Corp.

I certify that I am admitted to practice in this court. pro hac vice in association with Jeffrey McCormick of the Robinson Donovan firm.

_November 5, 2004_
Date

_/s/ James E. Anklam_
Signature

James E. Anklam
Print Name                                          Bar Number

PAUL HASTINGS JANOFSKY & WALKER
1299 Pennsylvania Avenue, NW
Address

Washington, DC   20004-2400
City            State          Zip Code

202/508-9500                    202/508-9700
Phone Number                    Fax Number

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~.

Date: 11/22/04