AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

Litchfield Financial Corp., et al.,

                    Plaintiffs,

v.

Buyers Source Real Estate Group, et al.,

                    Defendants.

**APPEARANCE**

Case Number: 04-CV-30076-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs Litchfield Financial Corp., Land Finance Company, and Textron Financial Corp.

I certify that I am admitted to practice in this court pro hac vice in association with Jeffrey McCormick of the Robinson Donovan firm.

11/8/04
Date

_[signature]_
Signature

Christopher F. Dugan
Print Name             Bar Number

PAUL HASTINGS JANOFSKY & WALKER

1299 Pennsylvania Avenue, NW
Address

Washington, DC    20004-2400
City              State             Zip Code

202/508-9500          202/508-9700
Phone Number            Fax Number

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 11/22/04