May 13, 2005

William Ruane
U. S. Magistrate Judge
Bethaney A. Healy
Deputy Clerk
United States District Court
1550 Main Street
Springfield, Massachusetts 01103

        Re: Case Number: 04-30076-KPN
           Litchfield Financial Corp, et al. V
           Buyers Source Real Estate, et al.

Your Honor & Deputy Clerk:

This letter is to notify you that my address will change on May 20, 2005 from
        6395 Lake View Drive
        Falls Church, Virginia 22041

To        1501 Crystal Drive
          Suite 230
          Arlington, Virginia 22202

I trust this letter is correct procedure for this type of notice. If it is not please advise me and I will file whatever is proper. I do not believe that I have the addresses for all of the participants in this case and therefore have not mailed a copy of this notice to each.

Thank you for your attention to this matter.

                Sincerely yours,

                Ronald P. Ferguson