UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LITCHFIELD FINANCIAL CORP.    )
          Plaintiff(s)    )
                               )
v.                             )   Civil Action No. 04-30076
                               )
BUYERS' SOURCE REAL ESTATE,    )
          Defendant(s)    )

## NOTICE OF CHANGE OF ADDRESS

     Please change the address of Defendant Ronald P. Ferguson from 1501 Crystal Drive, Suite 230, Falls Church, Virginia 22202 to 20726 NW 29th Avenue, Boca Raton, Florida 33434. The new phone number is 561.218.6098.

DECEMBER 1, 2005        /s/ RONALD P. FERGUSON
Date