11-30-05

Henry Montgomery
396 Baldwin Dr.,
Howard, Oh. 3028

United States District Court
Office of the Clerk
United States Court House
1550 Main Street,
Springfield, Ma. 01103

3:04-CV-30076-MAP

re: Bethany A. Healy
    Deputy Clerk

Dear Judge Nieman;

   I received you're notice to appear at the pre-trial conference. At this time I don't have the money or the transportation to get there. Furthermore I'm in ill health suffering from Rheumatoid Arthritis and a Lung Disorder. I don't have legal counsel anymore. They dropped me after paying them over $125,000.00, selling my house and depleting my savings and my daughters education fund. I don't know what to do in this matter. I don't have the money for transportation or lodging. If you can help me in this matter, please let me know.
   As documented I did not sign behind any note with Litchfield or Textron. I did not share an office in the Buyers Source complex in Virginia. I never received anything or certificate of ownership. I always thought a Lender had to due his or her due diligence to make sure everything was in order to fund a project, so I took it for granted everything was alright since they set up some sort of funding. Again I never had any correspondence with any of the .people with Litchfield or Textron and had no ownership what so ever in the South Carolina or the Arkansas project.
   My role in Buyers Source was nothing more than providing the marketing. I was 650 miles from the Virginia office and never knew or saw what was going on with any lender.

Sincerely;

Henry Montgomery