UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Litchfield Financial Corporation, Textron
Financial Corporation, Land Finance
Company,                                                    04-CV-30076-MAP
        Plaintiffs,

v.

Buyers Source Real Estate Group, Buyers
Source Valley Group, LLC, Buyers Source
Sugarmill, LLC, Buyers Source, Savannah
Lakes, LLC, Thomas H. Brewer, Frederick D.
Blake, Betty M. Brewer, Susan Gard, Henry
Montgomery, Lannie Campbell, Ronald P.
Ferguson, Stephen A. Hudgins, Esquire,
Stephen A. Hudgins, PC, Hudgins &
Stallings, PC, J. Vance Stallings, Esquire,
John C. Lumpkin, Esquire, John C. Lumpkin,
PC, William Gregory Seigler, Esquire
        Defendants.

## DEFENDANT WILLIAM GREGORY SEIGLER'S MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT AND REQUEST FOR HEARING

The Defendant William Gregory Seigler ("Seigler"), pursuant to Fed.R.Civ.P. 54(b), hereby moves this Court to enter separate and final judgment in his favor. In support of the present motion, Seigler states that:

1.     This action, which arises out of a series of financing transactions, involves multiple plaintiffs and multiple defendants, including William Gregory Seigler, an attorney from South Carolina with no ties to Massachusetts. Plaintiffs allege that they relied on opinion letters provided by Seigler in connection with the financing

provided to defendant Buyers Source Savannah, LLC for the purchase of real estate in South Carolina.

2. On August 17, 2004, Seigler filed a Motion to Dismiss which raised lack of personal jurisdiction, improper venue and federal abstention as grounds therefor.

3. United States Magistrate Judge Kenneth P. Neiman heard oral arguments on November 8, 2004 and issued a Report and Recommendation on April 13, 2005 recommending that this Court grant Seigler's Motion to Dismiss for lack of personal jurisdiction. The Plaintiffs filed objections to the Report and Recommendation on May 2, 2005. Seigler filed a Reply to the Plaintiffs' Objections to the Report and Recommendation on May 19, 2005.

4. On September 8, 2005, U.S. District Judge Michael A. Ponsor adopted Magistrate Judge Neiman's Report and Recommendation and allowed Seigler's Motion to Dismiss.

5. Following the allowance of Seigler's motion, no claims remain against him.

6. There is no just reason for delay in entering judgment. Fundamental notions of fairness dictate that Seigler be dismissed from this case with finality and without further unnecessary expenses being incurred. Attorney Seigler has not asserted any cross-claims or counterclaims in this action. The likelihood of piecemeal

appellate review arising from the allowance of this motion is remote, because the issues remaining in the case do not overlap with those decided by Seigler's Motion to Dismiss. Thus, Mr. Seigler respectfully moves for the entry of a separate and final judgment.

7.   In further support of this motion, a memorandum of law is attached.

WHEREFORE, Defendant William Gregory Seigler prays that this Court allow his Motion for Entry of Separate and Final Judgment by making an express determination that there is no just reason for delay and making specific findings setting forth the reasons for its Order.

### REQUEST FOR ORAL ARGUMENT

Seigler requests a hearing on this motion, should it be opposed.

Respectfully Submitted,
Defendant,
William Gregory Seigler,
By his attorneys,

Peter M. Durney, Esq., BBO #139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA  02110
Telephone: (617) 482-8100

Samuel W. Outten (SC Bar # 4295) *Pro Hac Vice*
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
Post Office Box 10208
Greenville, SC 29603-0208
Telephone: (864) 255-5421
Fax:  (864) 239-5852

3

CERTIFICATE OF SERVICE

    I, Peter M. Durney, attorney for the defendant, William Gregory Seigler, hereby certify that on this ___ day of December, 2005, a true copy of the foregoing Defendant William Gregory Seigler's Motion for Entry of Separate and Final Judgment and Request for Hearing, was served via first class mail, directed to:

Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA  01115

James E. Anklam, Esq.
Christopher F. Dugan, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1299 Pennsylvania Ave., 10th Floor
Washington, DC  20004

George R. Moore, Esq.
Devine, Millimet & Branch, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA  01810

Charles M. Lollar, Esq.
Tanner, Mulkey, Gordon & Lollar, P.C.
5700 Lake Wright Drive, Suite 102
Norfolk, VA  23502

Ronald P. Ferguson
20726 NW 29th Ave.
Boca Raton, FL  33434

Thomas H. Brewer
113 Northgate Lane
Suffolk, VA  23434

Betty M. Brewer
113 Northgate Lane
Suffolk, VA  23434

Frederick D. Blake
705 Mobjack Place
Newport News, VA  23606

Lannie L. Campbell
One Harbor Court, #3D
Portsmouth, VA  23704

Henry Montgomery
396 Baldwin Drive
Howard, OH  43028-8044

_____
Peter M. Durney

4