THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Litchfield Financial Corporation ) <br> Textron Financial Corporation ) <br> Land Finance Company ) <br> ) <br> *Plaintiffs* ) <br> v. ) <br> Buyers Source Real Estate Group, et al ) <br> ) <br> *Defendants* ) <br> ) | Civil Action No. 04CV30076-MAP |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of Christopher F. Dugan, Esq. and James E. Anklam, Esq., counsel of record for the plaintiffs, Litchfield Financial Corporation, Textron Financial Corporation and Land Finance Company, has been changed to Paul, Hastings, Janofsky & Walker, LLP, 875 15th Street NW, Washington, DC 20005. Their phone number is (202) 551-1700 and fax is (202) 551-1705. The undersigned respectfully request that, in the future, all pleadings, orders and notices in this case be delivered to this location.

Respectfully Submitted,

Counsel for Plaintiffs
LITCHFIELD FINANCIAL COMPANY
TEXTRON FINANCIAL CORPORATION AND
LAND FINANCE COMPANY

_____
Christopher F. Dugan
James E. Anklam
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street NW
Washington, DC 20005
Phone (202) 551-1700  Fax (202) 551-1705

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 12/16/05

416220