# CORNELL & GOLLUB
### ATTORNEYS AT LAW
### 75 FEDERAL STREET
### BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

DAVID H. SEMPERT
PETER M. DURNEY°+
DAVID W. McGOUGH**+
THOMAS A. PURSLEY◊+
MARIE CHADEAYNE CHAFE△
JAMES P. KERR△
PATRICIA A. HARTNETT◊
GREGG P. BAILEY△
CHRISTINE A. KNIPPER
JAY W. HANNON
CARLO F. BONAVITA
JESSICA L. FRITZ✫
NORAH K. MALLAM✫
KARA THORVALDSEN◊

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

△ ALSO ADMITTED IN CONNECTICUT
* ALSO ADMITTED IN MAINE
+ ALSO ADMITTED IN NEW HAMPSHIRE
✫ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

December 21, 2005

Civil Clerk's Office
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

C.A. No.: 04-CV-30076-MAP

RE:   Litchfield Financial Corporation, et al. v. Buyers Source Real Estate Group, et al.

Document:

1. Amended Certificate of Service as to Defendant William Gregory Seigler's Motion for Entry of Separate and Final Judgment and Request for Hearing and Memorandum of Law in Support

Dear Sir/Madam:

Enclosed for filing please find the document described above.

Very truly yours,

Peter M. Durney

PMD/kdc
Enclosure
cc:   Samuel W. Outten, Esq.