AMENDED CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, William Gregory Seigler, hereby certify that on the 9th day of December, 2005, a true copy of Defendant William Gregory Seigler's Motion for Entry of Separate and Final Judgment and Request for Hearing and William Gregory Seigler's Memorandum of Law in Support of His Motion for Entry of Separate and Final Judgment and Request for Hearing, was served by mail, postage prepaid, directed to:

Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA  01115

Thomas H. Brewer
113 Northgate Lane
Suffolk, VA  23434

James E. Anklam, Esq.
Christopher F. Dugan, Esq.
Paul, Hastings, Janofsky & Walker, LLP
875 15th St., NW
Washington, DC  20005

Betty M. Brewer
113 Northgate Lane
Suffolk, VA  23434

George R. Moore, Esq.
Devine, Millimet & Branch, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA  01810

Frederick D. Blake
705 Mobjack Place
Newport News, VA  23606

Charles M. Lollar, Esq.
Tanner, Mulkey, Gordon & Lollar, P.C.
5700 Lake Wright Drive, Suite 102
Norfolk, VA  23502

Lannie L. Campbell
One Harbor Court, #3D
Portsmouth, VA  23704

Ronald P. Ferguson
20726 NW 29th Ave.
Boca Raton, FL  33434

Henry Montgomery
396 Baldwin Drive
Howard, OH  43028-8044

The envelope addressed to Frederick D. Blake was returned as undeliverable, but with a forwarding address. Therefore, I, Peter M. Durney, attorney for the defendant, William Gregory Seigler, hereby certify that on the 21st day of December, 2005, a true copy of this Amended Certificate of Service, Defendant William Gregory Seigler's Motion for Entry of Separate and Final Judgment and Request for Hearing and William Gregory Seigler's Memorandum of Law in Support of His Motion for Entry of Separate and Final Judgment and Request for Hearing, was served by mail, postage prepaid, directed to:

Frederick D. Blake
708 Village Green Parkway
Newport News, VA  23602-7025

And a true copy of this Amended Certificate of Service, was served by mail, postage prepaid, directed to:

Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA  01115

James E. Anklam, Esq.
Christopher F. Dugan, Esq.
Paul, Hastings, Janofsky & Walker, LLP
875 15th St., NW
Washington, DC  20005

George R. Moore, Esq.
Devine, Millimet & Branch, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, MA  01810

Charles M. Lollar, Esq.
Tanner, Mulkey, Gordon & Lollar, P.C.
5700 Lake Wright Drive, Suite 102
Norfolk, VA  23502

Ronald P. Ferguson
20726 NW 29th Ave.
Boca Raton, FL  33434

Thomas H. Brewer
113 Northgate Lane
Suffolk, VA  23434

Betty M. Brewer
113 Northgate Lane
Suffolk, VA  23434

Lannie L. Campbell
One Harbor Court, #3D
Portsmouth, VA  23704

Henry Montgomery
396 Baldwin Drive
Howard, OH  43028-8044

Peter M. Durney

Jeffrey L. McCormick, Esq.
James E. Anklam, Esq.
Christopher F. Dugan, Esq.
George R. Moore, Esq.
Charles M. Lollar, Esq.
Ronald P. Ferguson
Henry Montgomery
Thomas H. Brewer
Betty M. Brewer
Frederick D. Blake
Lannie L. Campbell