UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LITCHFIELD FINANCIAL CORPORATION, TEXTRON FINANCIAL CORPORATION, LAND FINANCE COMPANY,<br>　　　　　　　　Plaintiffs<br><br>　　v.<br><br><br><br>BUYERS SOURCE REAL ESTATE GROUP, ET AL.,<br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 04-30076-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER
February 14, 2006

NEIMAN, U.S.M.J.

　　The following schedule was established at the scheduling conference this day:

　　1.　The parties shall complete their automatic disclosures by March 3, 2006.

　　2.　All written discovery shall be served by May 19, 2006.

　　3.　Non-expert depositions shall be completed by September 29, 2006.

　　4.　The parties shall appear for a case management conference on October 5, 2006, at 10:00 a.m. in Courtroom Three.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge