UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Litchfield Financial Corp., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. Action 04-30076-MAP |
| | ) | |
| Buyers Source Real Estate Group, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF THE PLAINTIFFS TO POSTPONE
CASE MANAGEMENT CONFERENCE**

The plaintiffs in the above matter respectfully move this Court for a postponement of the

Case Management Conference, currently scheduled for Thursday, October 5, 2006 at 10:00 a.m.

As grounds for this motion, the plaintiffs state that productive settlement discussions have taken

place with the defendants against whom the claims have not been stayed.  The plaintiffs have a

reasonable belief and expectation that those claims will be resolved within the next few weeks.

It is therefore respectfully requested that the Case Management Conference be postponed for

three weeks, or to a time convenient to the Court.

Dated: October 4, 2006                          Respectfully submitted
                                                Counsel for Plaintiffs
                                                Litchfield Financial Corp., et al.,


                                                _____/s/ Jeffrey L. McCormick_____
                                                Jeffrey L. McCormick
                                                ROBINSON DONOVAN
                                                Suite 1600
                                                1500 Main Street
                                                Springfield, MA  01115
                                                phone: 413/732-2301
                                                jmccormick@robinson-donovan.com
                                                BBO No.: 329740

461458

## CERTIFICATE OF CONSULTATION

Counsel for the plaintiffs have had discussion with counsel for the defendants against whom the claims in this case have not been stayed.  Those parties are in agreement with the continuance requested above.


*/s/ Jeffrey L. McCormick*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 4, 2006.

*/s/ Jeffrey L. McCormick*