UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Litchfield Financial Corp., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action 04-30076-MAP |
| ) | |
| Buyers Source Real Estate Group, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR RULE 41(a)(2) DISMISSAL OF DEFENDANTS
JOHN C. LUMPKIN AND JOHN C. LUMPKIN, P.C.**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Litchfield Financial Corporation, Textron Financial Corporation, and Land Finance Company ("Plaintiffs") and Defendants John C. Lumpkin, Esq., and John C. Lumpkin, P.C. ("Lumpkin Defendants") jointly seen an Order from this Court dismissing this action against the Lumpkin Defendants.

Plaintiffs and the Lumpkin Defendants have entered into a settlement agreement that resolves Plaintiff's claims against the Lumpkin Defendants. In the agreement, Plaintiffs have agreed to request dismissal of their claims against the Lumpkin Defendants set forth in Plaintiffs' Complaint and the Lumpkin Defendants have agreed to waive any claims or defenses they might have against Plaintiffs relating to the facts set forth in Plaintiffs' Complaint. Each party to the joint motion has agreed to bear its or his own costs.

Accordingly, the parties jointly request that this Court enter an Order dismissing the Lumpkin Defendants from this action.

462994

Dated: October 27, 2006				Respectfully submitted

						Counsel for Plaintiffs

						Litchfield Financial Company
						Textron Financial Corporation
						And Land Finance Company


						   /s/ Jeffrey L. McCormick
						Jeffrey L. McCormick
						ROBINSON DONOVAN
						Suite 1600
						1500 Main Street
						Springfield, MA  01115
						phone: 413/732-2301
						jmccormick@robinson-donovan.com
						BBO No.: 329740


						Counsel for Lumpkin Defendants

						John C. Lumpkin, Esq.
						John C. Lumpkin, P.C.


						   /s/ George R. Moore
						George R. Moore
						DEVINE MILLIMET & BRANCH
						300 Brickstone Square, 9th Floor
						P.O. Box 39
						Andover, MA  01810
						phone: 978/475-9100
						BBO No.: 656102


## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 27, 2006.

						   /s/ Jeffrey L. McCormick