UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Litchfield Financial Corp., et al.  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>Buyers Source Real Estate Group,  )<br>et al.,  )<br>)<br>Defendants.  )<br>_____) | Civ. Action 04-30076-MAP |

**ORDER GRANTING RULE 41(a)(2) DISMISSAL OF DEFENDANTS
JOHN C. LUMPKIN AND JOHN C. LUMPKIN, P.C.**

This Court grants the joint motion submitted by Plaintiffs Litchfield Financial Corporation, Textron Financial Corporation, and Land Finance Company and Defendants John C. Lumpkin, Esq., and John C. Lumpkin, P.C. ("Lumpkin Defendants") dismissing this action against the Lumpkin Defendants pursuant to Rule 41(a)(2).  Each party to the joint motion is to bear its or his own costs.

Dated:_____

By: _____
Michael A. Ponsor
United States District Court Judge