IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Litchfield Financial Corporation, *et al.*, | ) |
| *Plaintiffs* | ) ) ) |
| v. | ) No. 3:04-cv-30076-MAP |
| | ) |
| Buyers Source Real Estate Group, *et al.*, | ) ) |
| *Defendants* | ) ) |

### MOTION FOR RULE 41(a)(2) DISMISSAL
### OF DEFENDANT RONALD P. FERGUSON

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Litchfield Financial Corporation, Textron Financial Corporation, and Land Finance Company ("Plaintiffs") and Defendant Ronald P. Ferguson ("Mr. Ferguson") jointly seek an Order from this Court dismissing this action against Mr. Ferguson.

Plaintiffs and Mr. Ferguson have entered into a settlement agreement that resolves Plaintiffs' claims against Mr. Ferguson. In the agreement, Plaintiffs have agreed to request dismissal of their claims against Mr. Ferguson set forth in Plaintiffs' Complaint and Mr. Ferguson has agreed to waive any claims or defenses he might have against Plaintiffs relating to the facts set forth in Plaintiffs' Complaint. Each party to this joint motion has agreed to bear its or his own costs.

Accordingly, the parties jointly request that this Court enter an Order dismissing Mr. Ferguson from this action.

Dated: October 31, 2006

Respectfully submitted,

Counsel for Plaintiffs

LITCHFIELD FINANCIAL COMPANY
TEXTRON FINANCIAL CORPORATION
AND LAND FINANCE COMPANY

By: /s/ Jeffrey L. McCormick

Jeffrey L. McCormick, Esq. of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301   Fax (413) 785-4658
BBO No. 329740

RONALD P. FERGUSON

By: /s/ Ronald P. Ferguson

Ronald P. Ferguson, *pro se*
20726 NW 29th Avenue
Boca Raton, FL  43434
(561) 218-6098

LEGAL USE 72500156.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: Oct 31, 2006