IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE

2006 NOV -1  P 2: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Litchfield Financial Corporation, *et al.*, </br></br> ***Plaintiffs*** </br></br> v. </br></br> Buyers Source Real Estate Group, *et al.*, </br></br> ***Defendants*** | ) </br> ) </br> ) </br> ) No. 3:04-cv-30076-MAP </br> ) </br> ) </br> ) </br> ) </br> ) |

**MOTION FOR RULE 41(a)(2) DISMISSAL
OF DEFENDANTS STEPHEN A. HUDGINS,
STEPHEN A. HUDGINS, P.C., AND HUDGINS & STALLINGS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Litchfield Financial Corporation, Textron Financial Corporation, and Land Finance Company ("Plaintiffs") and Defendants Stephen A. Hudgins, Stephen A. Hudgins, P.C., and Hudgins & Stallings ("Hudgins Defendants") jointly seek an Order from this Court dismissing this action against the Hudgins Defendants.

Plaintiffs and the Hudgins Defendants have entered into a settlement agreement that resolves Plaintiffs' claims against the Hudgins Defendants. In the agreement, Plaintiffs have agreed to request dismissal of their claims against the Hudgins Defendants set forth in Plaintiffs' Complaint and the Hudgins Defendants have agreed to waive any claims or defenses they might have against Plaintiffs relating to the facts set forth in Plaintiffs' Complaint. Each party to this joint motion has agreed to bear its or his own costs.

Accordingly, the parties jointly request that this Court enter an Order dismissing the Hudgins Defendants from this action.

Dated: October __, 2006

Respectfully submitted,

Counsel for Plaintiffs

LITCHFIELD FINANCIAL COMPANY
TEXTRON FINANCIAL CORPORATION
AND LAND FINANCE COMPANY

By: ___/s/ Jeffrey L. McCormick___

Jeffrey L. McCormick, Esq. of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301   Fax (413) 785-4658
BBO No. 329740

Counsel for Hudgins Defendants

STEPHEN A. HUDGINS, ESQUIRE
STEPHEN A. HUDGINS, P.C.
HUDGINS & STALLINGS

By: ___George R. Moore Jr.___

George R. Moore, of
Devine, Millimet & Branch, PA
300 Brickstone Square, 9th Floor
P.O. Box 39
Andover, Massachusetts 01810
Phone (978) 475-9100
BBO No. 656102

LEGAL USE 724815588.1

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 11/1/06   ___/s/___

2