IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Litchfield Financial Corporation, *et al.*, )<br>)<br>***Plaintiffs*** )<br>v. )<br>)<br>Buyers Source Real Estate Group, *et al.*, )<br>)<br>***Defendants*** )<br>) | No. 3:04-cv-30076-MAP |

## ORDER GRANTING RULE 41(a)(2) DISMISSAL
## OF DEFENDANT RONALD P. FERGUSON

This Court grants the joint motion submitted by Plaintiffs Litchfield Financial Corporation, Textron Financial Corporation, and Land Finance Company and Defendants Ronald P. Ferguson ("Mr. Ferguson") dismissing this action against Mr. Ferguson pursuant to Rule 41(a)(2). Each party to the joint motion is to bear its or his own costs.

Dated: 11·2·06

By: *[signature]*

Michael A. Ponsor
United States District Court Judge