IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Litchfield Financial Corporation, *et al.*, )<br>)<br>*Plaintiffs* )<br>v. )<br>)<br>Buyers Source Real Estate Group, *et al.*, )<br>)<br>*Defendants* )<br>) | No. 3:04-cv-30076-MAP |

### ORDER GRANTING RULE 41(a)(2) DISMISSAL
### OF DEFENDANTS STEPHEN A. HUDGINS,
### STEPHEN A. HUDGINS, P.C., AND HUDGINS & STALLINGS

This Court grants the joint motion submitted by Plaintiffs Litchfield Financial Corporation, Textron Financial Corporation, and Land Finance Company and Defendants Stephen A. Hudgins, Esq., Stephen A. Hudgins, P.C., and Hudgins & Stallings ("Hudgins Defendants") dismissing this action against the Hudgins Defendants pursuant to Rule 41(a)(2). Each party to the joint motion is to bear its or his own costs.

Dated: 11 · 2 · 06

By: /s/ Michael A. Ponsor

Michael A. Ponsor
United States District Court Judge