IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
Litchfield Financial Corporation, et al.,       )
                                                )
                        Plaintiffs    )
      v.                                        )    No. 3:04-cv-30076-MAP
                                                )
Buyers Source Real Estate Group, et al.,        )
                                                )
                        Defendants    )
_____)

PLAINTIFFS' REPORT
PURSUANT TO THE COURT'S ORDER OF DECEMBER 8, 2006

       Since the Plaintiffs' Report of December 4, 2006, Plaintiffs have communicated with the Receiver appointed in Jackson v. Buyers Source Sugarmill, LLC, et al., 2:03cv591 (E.D. Va.) ("Receiver Order"). The Receiver has indicated that she will not object to the Plaintiffs (in this action) filing a motion to lift stay in the U.S. District Court for the Eastern District of Virginia as to three of the named individual defendants (Mr. Blake, Mr. Brewer, and Mrs. Brewer). Because the stay is imposed by a Court order issued by the federal court in Virginia, Plaintiffs are preparing the motion to lift stay to be filed in the federal court in Virginia and expect to file the motion within a week. Plaintiffs will file a notice with this Court once the federal court in Virginia decides the motion to lift stay.

       As to the other three individual defendants (Ms. Gard, Mr. Montgomery, Mr. Campbell), the Receiver was not willing to agree to a motion to lift stay as to those three at this time. Plaintiffs' recognize that a motion to lift stay as to the other three individual defendants would not be likely to succeed if the Receiver objected, so Plaintiffs will not seek to lift the stay as to them at this time.

472795

Plaintiffs' counsel are available to respond to any further questions this Court may have.

Dated: March 30, 2007

Respectfully submitted,

Counsel for Plaintiffs

Litchfield Financial Company
Textron Financial Corporation
And Land Finance Company

      /s/ Jeffrey L. McCormick
Jeffrey L. McCormick
ROBINSON DONOVAN
Suite 1600
1500 Main Street
Springfield, MA  01115
phone: 413/732-2301
jmccormick@robinson-donovan.com
BBO No.: 329740

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2007.

      /s/ Jeffrey L.McCormick